

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
ESPERANZA BURGOS o/b/o           :
CASILDA M. FREYTES,              :
                                 :
                     Plaintiff,  :
                                 :
          - v. -                 :   STIPULATION AND ORDER
                                 :        OF REMAND
MICHAEL J. ASTRUE,               :
Commissioner of                  :   07 Civ. 3837 (JSR)(HBP)
Social Security,                 :
                     Defendant.  :
                                 :
- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-6-07

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

further administrative proceedings, with each party to bear its own attorney's fees and expenses. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       November 27, 2007

                            PARTNERSHIP FOR CHILDREN'S
                              RIGHTS
                              Attorneys for Plaintiff

                    By: _____
                              MICHAEL D. HAMPDEN, ESQ.
                              271 Madison Avenue
                                17th Floor
                              New York, New York 10016
                              Telephone No.: (212) 683-7999

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant

                    By: _____
                              SUSAN D. BAIRD
                              Assistant United States Attorney
                              86 Chambers Street - 3rd Floor
                              New York, New York 10007
                              Telephone No.: (212) 637-2713

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
12-5-07